James C. SANDERSON, Petitioner-Appellant,

v.

Marion FEATHER, Respondent-Appellee.

No. 14-35483

United States Court of Appeals, Ninth Circuit.

Argued and Submitted December 10, 2014

Resubmitted November 15, 2016
Seattle, Washington

Filed November 15, 2016

Stephen R. Sady, Federal Public Defender's Office, Portland, OR, for Petitioner-Appellant.

Natalie K. Wight, Assistant U.S. Attorney, Kelly A. Zusman, Assistant U.S. Attorney, Portland, OR, for Respondent-Appellee.

Before: HAWKINS, McKEOWN, and TALLMAN, Circuit Judges.

## ORDER *

This appeal is DISMISSED as moot and the judgment of the district court is VACATED with instructions to dismiss the action as moot.

The Clerk shall serve a copy of this order on the United States District Court for the District of Oregon (Portland).

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.